Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14192−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector M. Soto
   35 W 11th St.
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−7967

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/8/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 8, 2019
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-14192-JKS
Hector M. Soto                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Oct 08, 2019
                               Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db          +Hector M. Soto,   35 W 11th St.,   Bayonne, NJ 07002-2507
cr          +Community Financial Services Federal Credit Union,   Attn: Michael R. DuPont, Esq,
              McKenna DuPont,   229 Broad St,   PO Box 610,   Red Bank, NJ 07701-0610
518057267   +Community Fin Srv Fcu,   149 E St George Ave,   Roselle, NJ 07203-2936
518057269   +KML Law Group,   216 Haddon Ave.,   Ste. 406,   Collingswood, NJ 08108-2812
518222092    MTAG Custodian for FIG Capital Investments NJ13, L,   PO Box 54472,
              New Orleans Lousiana 70154-4472
518057270   +Quicken Loans,   662 Woodward Avenue,   Detroit, MI 48226-3433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 09 2019 00:20:16   U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 09 2019 00:20:13   United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
518215247    EDI: RESURGENT.COM Oct 09 2019 03:48:00   Ashley Funding Services, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518215247    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 00:27:24
              Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
518225430   +E-mail/Text: bncmail@w-legal.com Oct 09 2019 00:20:24   CarePoint Health - Physican CHMG,
              C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
518225249    E-mail/Text: laura@redbanklaw.com Oct 09 2019 00:19:24
              Community Financial Services Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
              PO Box 610,   Red Bank, NJ 07701-0610
518057268   +EDI: CCS.COM Oct 09 2019 03:48:00   Credit Collection Services,   Attn: Bankruptcy,
              725 Canton St,   Norwood, MA 02062-2679
518174504   +E-mail/Text: bankruptcyteam@quickenloans.com Oct 09 2019 00:20:33   Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    QUICKEN LOANS INC. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Community Financial Services Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Paola D. Vera    on behalf of Debtor Hector M. Soto pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8